pelled to take his chances of reversal, and, exercising control of his own case, had the legal right to settle and adjust the cause of action while on appeal as well as at any other stage of the proceedings. The following authorities sustain these views: (*Peri v. New York Cent. & H. River R. Co.,* 152 N. Y. 521; *Andrewes v. Haas,* 214 N. Y. 255; *In re Snyder,* 190 N. Y. 66; *Platt v. Jerome,* 60 U. S. 384; *In re Salant,* 158 N. Y. App. Div. 697; *Curtis v. Metropolitan St. R. Co.,* 118 Mo. App. 341; *Stephens v. Metropolitan St. R. Co.,* 157 Mo. App. 656.) The judgment, therefore, not being final at the time of the settlement whereby the amount of the fee was liquidated, the lien did not attach to the judgment but to the money recovered, and the court's allowance was correct.

*Affirmed.*

## Eli L. Nissly et al., Appellants, v. M. Wainer, Appellee.

### Gen. No. 23,536.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN F. HAAS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Eli L. Nissly, Henry R. Nissly and Eli J. Nissly, trading as E. L. Nissly & Company, plaintiffs, against M. Wainer, defendant, to recover for a balance of account. From a judgment for defendant on his plea of set-off, plaintiffs appeal.

HOYNE, O'CONNOR & IRWIN, for appellants.

CHARLES P. SCHWARTZ, ULYSSES S. SCHWARTZ and DAVID W. KAHANE, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

SET-OFF AND RECOUPMENT, § 6*—*when set-off is proper against nonresident.* A claim for unliquidated damages may be set off against a nonresident plaintiff.

---

## M. Blickstein, Appellee, v. Chicago & Alton Railroad Company, Appellant.

### Gen. No. 23,555.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of fact. Opinion filed May 14, 1918.

### Statement of the Case.

Action by M. Blickstein, plaintiff, against the Chicago & Alton Railroad Company, defendant, to recover for the death of a horse shipped by plaintiff over defendant's road.   From a judgment for plaintiff, defendant appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; SILAS H. STRAWN and FRANK H. TOWNER, of counsel.

LEON EDELMAN and CHARLES LEVITON, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.